Marshall GOATS, Plaintiff—Appellant,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al., Defendants—Appellees.

No. 05–15744.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 13, 2006.

Herbert Sachs, Esq., Las Vegas, NV, for Plaintiff–Appellant.

Craig R. Anderson, Esq., Albert G. Marquis, Esq., Marquis & Aurbach, Las Vegas, NV, for Defendant–Appellee.

Before: GOODWIN, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Marshall Goats appeals from the district court's summary judgment in favor of the Las Vegas Metropolitan Police Department ("LVMPD") and Officer James Roberts in Goats' 42 U.S.C. § 1983 action alleging violations of his constitutional rights

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

and state law claims related to a mistaken arrest. Because the district court's order disposes of the federal, but not the state law claims, its order is not final and appealable. *See Ethridge v. Harbor House Restaurant,* 861 F.2d 1389, 1402 (9th Cir. 1988) ("If a district court's order does not dispose of all claims against all parties, there is no 'final order' within the meaning of 28 U.S.C. § 1291."). Consequently, we dismiss this appeal for lack of jurisdiction.

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.